FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
11/30/2022
JEFFREY P. COLWELL, CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Case No.: 22-mj-00195-MDB

THE UNITED STATES OF AMERICA,
    Plaintiff,

vs.

BRANDON X. MARTINEZ,
    Defendant.

---

### INFORMATION
**Count I: Drove Vehicle With Excessive Alcohol Content (.08% or More)**
Colorado Revised Statutes § 42-4-1301(2)(a)

**Count II: Driving Under the Influence**
Colorado Revised Statutes § 42-4-1301(1)(a)

---

The United States Attorney charges that:

### Count I
### (C.R.S. § 42-4-1301(2)(a))

On or about October 17, 2020, within the special maritime and territorial jurisdiction of the United States, in the State and District of Colorado, namely, Fort Carson Military Reservation, Brandon X. Martinez, Defendant herein, drove a motor vehicle or vehicle under the influence of alcohol, with a blood alcohol content of .08% or more, in violation of Colorado Revised Statutes Section 42-4-1301(2)(a) as assimilated by Title 18, United States Code, Section 13.

### Count II
### (C.R.S. § 42-4-1301(1)(a))

On or about October 17, 2020, within the special maritime and territorial jurisdiction of the United States, in the State and District of Colorado, namely, Fort Carson Military Reservation, Brandon X. Martinez, Defendant herein, drove a motor vehicle or vehicle under the influence of alcohol or one or more drugs, or a combination of both alcohol and one or more drugs, in violation of Colorado Revised Statutes Section 42-4-1301(1)(a) as assimilated by Title 18, United States Code, Section 13.

Dated: <u>21 November 2022</u>

                                        COLE FINEGAN
                                        United States Attorney

By: TOBIN.BRETT.WILLIAM.1457360874
Digitally signed by TOBIN.BRETT.WILLIAM.1457360874
Date: 2022.11.21 15:29:08 -07'00'

                                        Special Assistant U.S. Attorney